Case 1:21-mj-02788-LMR Document 1 Entered on FLSD D...

21-2788-REID

FILED BY _____CG_____ D.C.

Apr 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI, FL



United States Attorney
Southern District of Florida

*Major Crimes Section*

Jodi Raft
*Special Assistant United States Attorney*
*99 NE 4th Street, 6th Floor*
*Miami, FL 33132*
*Tel. (305) 961-9101*

April 14, 2021

Ms. Kathi Smith

**Via Hand Delivery**

Ms. Smith:

This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Section 641, Theft of Government Funds, consisting of Federal Worker's Compensation, and Title 18 United States Code, Section 1920, False Statement to obtain Federal Employee's Compensation.

If you have retained a lawyer, please have him or her contact me regarding the matter. If you have not, I urge you to do so.

If you cannot afford a lawyer, you may, under certain circumstances, be entitled to a court-appointed lawyer at no cost to you. If you cannot afford a lawyer, please contact Social Security Administration Office of Inspector General Special Agent Suzanne Leone at 484-624-2786 for the limited purpose of arranging a time for you to appear before a judge, who will determine your eligibility for a court-appointed lawyer.

Please advise Agent Leone of your decision in this matter by April 26, 2021.

Sincerely,

JUAN ANTOINO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
Jodi Raft
Special Assistant United States Attorney